**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SAMUEL TYRONE JEFFERS | CIVIL ACTION NO. 08-cv-0411 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CLERK OF COURT CADDO PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Gary Loftin's Motion for Summary Judgment (Record Document 26) is **GRANTED** and all of Plaintiff's claims in this civil action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions (Record Document 19) and Second Motion to Compel (Record Document 23) are **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of February, 2010.

*[signature]*
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE